UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEWIS, Jr., | No. 2:22-cv-0837-EFB P |
| Plaintiff, | |
| v. | ORDER |
| ALAN QUINTO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He alleges claims that arose at North Kern State Prison in Kern County, California.  *See* ECF No. 1.  Kern County is in the Fresno Division of the United States District Court for the Eastern District of California, and this action should have been commenced there.  E.D. Cal. Local Rule 120(d).  Where a civil action has not been commenced in the proper division of a court, the court may, on its own motion, transfer the action to the proper division.  E.D. Cal. Local Rule 120(f).

Accordingly, it is hereby ordered that:

1. This action is transferred to the Fresno Division.

2. The Clerk of Court shall assign a new case number.

/////

/////

1

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: May 24, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2