UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEWIS, JR., <br><br> Plaintiff, <br><br> v. <br><br> ALAN QUINTO, *et al.*, <br><br> Defendants. | No. 1:22-cv-628-ADA-CDB (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS STATE LAW CLAIM <br><br> (ECF No. 19) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MOTIONS FOR DEFAULT JUDGMENT <br><br> (ECF Nos. 13, 14, 16, 19) |

Plaintiff Kevin Lewis, Jr., is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed under 42 U.S.C. § 1983. (ECF No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 14, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending this Court dismisses the state law claim, deny Plaintiff's motion for summary judgment, and deny Plaintiff's motion for default judgment. (ECF No. 19.) Therein, the Court advised Plaintiff that he could file written objections to the findings and recommendations within fourteen days of service. (*Id.* at 4.) Plaintiff has filed no objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. After carefully reviewing the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 14, 2023, (ECF No. 19), are ADOPTED in FULL;
2. Plaintiff's state law claim is DISMISSED with prejudice, (*see* ECF No. 15);
3. Plaintiff's motion for summary judgment, (ECF No. 13), is DENIED;
4. Plaintiff's motions for default judgment, (ECF Nos. 14, 16), are DENIED; and
5. This matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   October 25, 2023

UNITED STATES DISTRICT JUDGE