UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEWIS, JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALAN QUINTO, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00628-KES-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (1) TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND (2) TO DISMISS DEFENDANT HERNANDEZ<br><br>(Docs. 33, 39, 43) |

　　　　Plaintiff Kevin Lewis, Jr. is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed under 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 12, 2024, the assigned magistrate judge issued findings and recommendations, recommending plaintiff's motion for summary judgment (Doc. 33) be denied without prejudice.  Doc. 39.  The magistrate judge reasoned that plaintiff's motion was premature because discovery had not yet commenced and that the motion failed to include a statement of undisputed facts as required by Local Rule 260(a).  *Id.* at 4-5.

　　　　Thereafter, on February 29, 2024, the assigned magistrate judge issued findings and recommendations to dismiss defendant John Hernandez without prejudice.  Doc. 43.  The magistrate judge's findings and recommendations followed plaintiff's failure to respond to an order to show cause as to why defendant Hernandez should not be dismissed for plaintiff's

failure to provide sufficient information to effect service of process on defendant Hernandez. Doc. 37.

Any objections by plaintiff to the findings and recommendations were due within 14 days of the date of service of the findings and recommendations (*i.e.*, no later than February 29, 2024, and March 18, 2024, with allowance for three additional days for transmittal by mail pursuant to Fed. R. Civ. P. 6(d), respectively). Docs. 39, 43. No objections were filed and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of this case. Having carefully reviewed the file, the court concludes the findings and recommendations (Docs. 39, 43) are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued February 12, 2024 (Doc. 39) and February 29, 2024 (Doc. 43), are ADOPTED IN FULL;
2. Plaintiff's motion for summary judgment (Doc. 33) is DENIED without prejudice, as premature; and
3. Defendant John Hernandez is DISMISSED without prejudice from this action for plaintiff's failure to effectuate service of process.

IT IS SO ORDERED.

Dated:   July 31, 2024

UNITED STATES DISTRICT JUDGE

2