UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEWIS, JR.,<br><br>            Plaintiff,<br><br>    v.<br><br>ALAN QUINTO, et al.,<br><br>            Defendants. | Case No. 1:22-cv-00628-KES-CDB (PC)<br><br>**ORDER REASSIGNING CASE**<br><br><br>**New Case No. 1:22-cv-00628-CDB (PC)** |

    All parties have indicated their consent to the jurisdiction of a United States magistrate judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).  Docs. 11, 46.

    Accordingly, this Court **REASSIGNS** the action to United States Magistrate Judge Christopher D. Baker for all further proceedings.  All further papers filed in this action shall bear the new case number: **1:22-cv-00628-CDB (PC)**.

IT IS SO ORDERED.

   Dated:   August 9, 2024

                                                    UNITED STATES DISTRICT JUDGE